UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BENJAMIN RUCKER,<br>   Plaintiff,<br><br>  v.<br><br>BRIDGEWATER STATE HOPSITAL<br>BRADFORD #1 UNIT, et al.,<br>   Defendants. | Civil Action No. 25-cv-11458-AK |

**ORDER**

**A. KELLEY, D.J.**

  In a Procedural Order dated May 23, 2025, the Court granted plaintiff Benjamin Rucker 21 days to either pay the filing fee or file a motion for leave to proceed *in forma pauperis*. [Dkt. 5]. The Court informed Rucker that failure to timely comply with the Procedural Order may result in dismissal of the action.

  Rucker has not, to date, responded to the Procedural Order and the time to do so has expired. This Court has the authority to dismiss an action *sua sponte* for a party's failure to prosecute his action and comply with the Court's orders. See Fed. R. Civ. P. 41(b); Cintron-Lorenzo v. Departamento de Asuntos del Consumidor, 312 F.3d 522, 525-26 (1st Cir. 2002) ("A district court, as part of its inherent power to manage its own docket, may dismiss a case *sua sponte* for any of the reasons prescribed in Fed. R. Civ. P. 41(b)."). Here, dismissal is warranted because Rucker has failed to comply with the Court's Memorandum and Order.

  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall enter a separate order of dismissal. **SO ORDERED.**

Dated: August 6, 2025            /s/ Angel Kelley_____
                       Hon. Angel Kelley
                       United States District Judge